# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| MICHAEL SCOTT CHANDLER, SR. | : | |
| DEBTOR. | : | BANKRUPTCY NO. 10-16089-MDC |

# O R D E R

For the reasons stated in the accompanying Memorandum of Opinion issued by this Court, It is hereby **ORDERED** that:

1. The Motion is **GRANTED IN PART** and **DENIED IN PART**.

2. The movant, Delores Chandler ("Movant") is **GRANTED** relief from the automatic stay under 11 U.S.C. § 362(d)(1) to pursue all rights and claims she has against the Debtor in equitable distribution and support in the divorce proceeding pending in the Chester County Court of Common Pleas (the "Divorce Proceeding") captioned *Dolores R. Chandler v. Michael S. Chandler*, Civil Action No. 04-06895.

3. The Movant is **DENIED** relief from the automatic stay under 11 U.S.C. § 362(d)(1) to proceed with the sale of the Property.

4. The Movant is **DENIED** relief from the automatic stay under 11 U.S.C. § 362(d)(1) to proceed with the contempt petition filed in the Divorce Proceeding.

Dated: December 17, 2010

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE